**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00168-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD EUGENE BEACH,

      Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter is before the Court upon appearance by counsel.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **June 10, 2009** and responses to these motions shall be filed by **June 19, 2009**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **July 17, 2009, at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a eight-day jury trial is set for **July 27, 2009, at 9:00 a.m.**, in Courtroom A602.

      DATED:  May __27__, 2009

                                 BY THE COURT:

                                 _Christine M Arguello_
                                 CHRISTINE M. ARGUELLO
                                 United States District Judge