IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    09-cr-00168-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD EUGENE BEACH,

        Defendant.

───────────────────────────────────────────────

**MOTION TO DETERMINE COMPETENCY AND INSANITY
OF THE DEFENDANT**

───────────────────────────────────────────────

        COMES NOW the defendant Ronald Beach ("Mr. Beach"), by and through Assistant Federal Public Defender Matthew C. Golla and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242. In support of this motion, counsel states as follows:

        1.    18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency. The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

        2.    Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or

defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition and need for medication.

3. Defendant has been under the care of various mental health professionals for more than a decade and he has a long history of being prescribed psychiatric medication. Furthermore, Mr. Beach has been diagnosed in the past with post-traumatic stress disorder arising from combat during the Vietnam War.

4. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Beach is competent to proceed to trial.

5. In light of Mr. Beach's mental health history and discussions with him, undersigned counsel also requests that pursuant to 18 U.S.C. §4242 that a psychiatric evaluation of the defendant be conducted pursuant to 18 U.S.C. § 4242(b) and (c) to determine whether Mr. Beach was insane at the time of the alleged offense.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2009, I electronically filed the foregoing

**MOTION TO DETERMINE COMPETENCY AND INSANITY
OF THE DEFENDANT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Krislene Lorenz, Assistant United States Attorney
     krislene.lorenz@usdoj.gov

                                       s/ Matthew C. Golla
                                       MATTHEW C. GOLLA
                                       Attorney for Defendant
                                       Office of the Federal Public Defender
                                       633 17th Street, Suite 1000
                                       Denver, CO    80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       Matt_Golla@fd.org