**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: August 24, 2009

---

Criminal Action No. 09-cr-00168-CMA

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Krislene Lorenz |
|      Plaintiff, | |
| v. | |
| RONALD EUGENE BEACH, | Matthew Golla |
|      Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**2:30 p.m.    Court in session**.

Defendant present; in custody.

**ORDER:**   Defendant's Motion to Determine Competency and Insanity of the Defendant **(16)** is **granted**.

**ORDER:**   Government's Oral Motion for a Psychological Evaluation under 18 U.S.C. § 4242(a) is **granted**.

**ORDER:**   The Psychological Evaluation shall be performed by a psychiatrist.

**ORDER:**   The United States Marshal Service shall make the necessary arrangements to provide a U.S. Bureau of Prisons psychiatrist access to defendant in order to conduct examinations and prepare a written report of

        findings as provided for in 18 U.S.C. § 4247(b) and (c).  Upon request, the Government is directed to assist in coordinating access to defendant. The Government is directed to provide any evaluator with copies of the Rule 16 discovery in this case and to provide background information on the history and progress of the case if requested to do so.  Defense counsel, upon request by a U.S. Bureau of Prisons evaluator, is directed to provide background information on the nature of communications with Defendant.

**ORDER:** The questions to be addressed in the evaluator's written report are:
1) Whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;
2) Whether defendant was insane at the time of the offense charged.

**2:37 p.m.** **Court in recess**.
**2:41 p.m.** **Court in session**.

**ORDER:** Defendant is remanded to the custody of the United States Marshal.

**2:47 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:13