**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00168-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD EUGENE BEACH,

    Defendant.

---

**ORDER SETTING COMPETENCY HEARING**

---

Pursuant to the direction of the Court at the status conference held April 12, 2010, and a telephone conference between Government counsel and Chambers staff, the Court hereby

ORDERS that a competency hearing on behalf of Defendant Ronald Eugene Beach is SET for **Wednesday, July 7, 2010 at 1:30 p.m.** The Court has set aside a half-day for this hearing.

    DATED: April __20__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge